# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CLYDE ALVIN HOFFMAN,

      Defendant.

No. CR06-4066-MWB

**ORDER**

_____

The Court has received defendant Hoffman's letter, dated October 20, 2011, regarding time served credit. The U.S. Probation Office has investigated the defendant Hoffman's concerns, as outlined in his letter, and has subsequently reported back that the Bureau of Prisons may consider providing defendant Hoffman credit for the time he served in Woodbury County, IA, Docket No. FECR051633, if this Court issues an order not opposing a concurrent sentence.

The Court does not oppose defendant Hoffman's federal sentence in Docket No. CR06-4066-1-MWB, being served concurrent with his sentence in Woodbury County, IA, Docket No. FECR051633.

The Clerk of Court is directed to send a copy of this order to:

Randy Watson
Operations Manager
Federal Bureau of Prisons
346 Marine Forces Drive
Grand Prairie, TX, 75051
rwatson@bop.gov

**IT IS SO ORDERED.**

**DATED** this 30th day of November, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA